UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**FILED**
04 APR -2 PM 1: 42
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| JIMMIE F. OLLIE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| WARDEN STEPHEN BULLARD, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |

Civil Action No. CV-02-S-1491-W

**ENTERED**
APR 2 2004

## MEMORANDUM OPINION

The court has considered the entire file in this action, together with the

Magistrate Judge's Report and Recommendation, as well as the objections filed by

petitioner on March 22, 2004, and has reached an independent conclusion that the

objections are due to be overruled, and the Report and Recommendation is due to be

adopted and approved. The court hereby adopts and approves the findings and

recommendation of the magistrate judge as the findings and conclusions of the court.

In accord with the recommendation, this petition for writ of habeas corpus is due to

be dismissed. An appropriate order will be entered contemporaneously herewith.

DONE this __2nd__ day of April, 2004.

United States District Judge

